IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 1062 PONTIAC ROAD, INC. and | : | CIVIL ACTION |
| 1062 TRINITY PARTNERS LLC, | : | |
| T/A MAGGIE O'NEILL'S | : | |
| | : | |
| v. | : | |
| | : | |
| AXIS SURPLUS INSURANCE CO. | : | NO. 12-3043 |

O R D E R

AND NOW, this 4th day of February, 2013, upon consideration of the cross-motions for summary judgment filed by the parties in this case, and docketed as Documents No. 14 and 15, it is HEREBY ORDERED that:

    1.  Plaintiffs' Cross-Motion for Summary Judgment, docketed as Document No. 14 is DENIED; and it is further ORDERED that

    2.  Defendant's Motion for Summary Judgment, docketed as Document No. 15 is GRANTED.

BY THE COURT

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE